**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 13-04459 |
| Soodkhet Wejakij | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: October 30, 2015
Time: 9:00 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: September 29, 2015     By: /s/ Joji Takada
                                         Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
 §
Soodkhet Wejakij § Case No. 13-04459
 §
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 2,592.76 |
| and approved disbursements of | $ | 40.00 |
| leaving a balance on hand of[1] | $ | 2,552.76 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 648.19 | $ 0.00 | $ 648.19 |
| Total to be paid for chapter 7 administrative expenses | | $ | 648.19 |
| Remaining Balance | | $ | 1,904.57 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 9,849.75 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 19.3 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | $ 8,630.63 | $ 0.00 | $ 1,668.84 |
| 2 | Synchrony Bank | $ 1,067.00 | $ 0.00 | $ 206.32 |
| 3 | N. A. Capital One | $ 152.12 | $ 0.00 | $ 29.41 |

Total to be paid to timely general unsecured creditors        $ 1,904.57

Remaining Balance        $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                              Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:**  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 13-04459-BWB
Soodkhet Wejakij                                                    Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1         User: driddick          Page 1 of 1           Date Rcvd: Sep 30, 2015
                             Form ID: pdf006         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 02, 2015.
```
db              #+Soodkhet Wejakij,    1815 Grassy Knoll Dr.,    Romeoville, IL 60446-3904
20007701          Bank of America, N.A.- Secured,    P.O. Box 5170,    Simi Valley, CA 93062-5170
20007705          Bill Me Later- Unsecured,    P.O. Box 105658,    Atlanta, GA 30348-5658
23314875          Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20007702          Chase Card Services- Unsecured,    P.O. Box 15153,    Wilmington, DE 19850-5153
20007704          Chase Card Services- Unsecured,    P.O. Box 15153,    Wilmington, DE 19886-5153
20007706          Chicago Department of Revenue- Unsecured,    P.O. Box 88292,    Chicago, IL 60680-1292
20007707          Collectors Training Institute- Unsecured,    P.O. Box 4783,    Chicago, IL 60680-4783
20007697         #+Debtor:    Soodkhet Wejakij,    Address:    1815 Grassy Knoll Dr.,    Romeoville, IL 60446-3904
20007703         +Discover Card- Unsecured,    P.O. Box 6103,    Carol Stream, IL 60197-6103
20007709          GECRB/Amazon- Unsecured,    P.O. Box 960013,    Orlando, FL 32896-0013
20007708          Kohl's Payment Center- Unsecured,    P.O. Box 2983,    Milwaukee, WI 53201-2983
20007710          Neiman Marcus- Unsecured,    P.O. Box 5235,    Carol Stream, IL 60197-5235
20007700          Seterus- Secured,    P.O. Box 2008,    Grand Rapids, MI 49501-2008
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20007698         +E-mail/Text: sebgado@gmail.com Oct 01 2015 01:00:15      Attorney:    Steven E. Barleben,
                   Address:    3830 N. Ashland Ave.,    Chicago, IL 60613-2708
23010494          E-mail/PDF: mrdiscen@discover.com Sep 25 2015 11:30:00      Discover Bank,
                   Discover Products Inc,    PO Box 3025,    New Albany, OH  43054-3025
23296877          E-mail/PDF: gecsedi@recoverycorp.com Oct 01 2015 00:57:09      Synchrony Bank,
                   c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                                TOTAL: 3

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20007696          Creditor Matrix
20007699          Creditors:
                                                                                   TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 02, 2015                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2015 at the address(es) listed below:
```
              Joji   Takada    trustee@takadallc.com, jtakada@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stephen G Wolfe    on behalf of U.S. Trustee Patrick S Layng steve.g.wolfe@usdoj.gov,
               jennifer.r.toth@usdoj.gov
              Steven E Barleben    on behalf of Debtor Soodkhet  Wejakij sbarleben@msn.com
                                                                                   TOTAL: 4
```