# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Soodkhet Wejakij | § | Case No. 13-04459 |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 130,177.00 *(Without deducting any secured claims)* | Assets Exempt: 25,342.00 |
| Total Distributions to Claimants: 1,904.57 | Claims Discharged Without Payment: 7,945.18 |
| Total Expenses of Administration: 688.19 | |

3) Total gross receipts of $ 2,592.76  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 2,592.76  from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 688.19 | 688.19 | 688.19 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 9,543.00 | 9,849.75 | 9,849.75 | 1,904.57 |
| **TOTAL DISBURSEMENTS** | $ 9,543.00 | $ 10,537.94 | $ 10,537.94 | $ 2,592.76 |

   4)  This case was originally filed under chapter 7 on 02/06/2013 . The case was pending for 37 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  02/12/2016            By:/s/Joji Takada, Chapter 7 Trustee
                                                Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Accounts Receivable | 1229-000 | 2,592.76 |
| **TOTAL GROSS RECEIPTS** | | **$ 2,592.76** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ NA** | **$ NA** | **$ NA** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 648.19 | 648.19 | 648.19 |
| Associated Bank | 2600-000 | NA | 40.00 | 40.00 | 40.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 688.19 | $ 688.19 | $ 688.19 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Capital One N. A. | 7100-000 | 115.00 | 152.12 | 152.12 | 29.41 |
| 1 | Discover Bank | 7100-000 | 8,456.00 | 8,630.63 | 8,630.63 | 1,668.84 |
| 2 | Synchrony Bank | 7100-000 | 972.00 | 1,067.00 | 1,067.00 | 206.32 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 9,543.00 | $ 9,849.75 | $ 9,849.75 | $ 1,904.57 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-04459 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Soodkhet Wejakij | | | | Date Filed (f) or Converted (c): | 02/06/2013 (f) |
| | | | | | 341(a) Meeting Date: | 03/04/2013 |
| For Period Ending: | 02/12/2016 | | | | Claims Bar Date: | 05/26/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Single Family Home <br><br> 1815 Grassy Knoll Dr. Romeovill, IL | 145,804.00 | 0.00 | | 0.00 | FA |
| 2. Cash <br><br> Cash | 100.00 | 0.00 | | 0.00 | FA |
| 3. Bank Account <br><br> PNC Cking Acct.- Pittsburg, PA | 583.00 | 0.00 | | 0.00 | FA |
| 4. Household Goods Furnishings <br><br> Furniture, tv, appliances, utensils- | 1,500.00 | 0.00 | | 0.00 | FA |
| 5. Clothing <br><br> Misc Clothes | 300.00 | 0.00 | | 0.00 | FA |
| 6. Firearm Hobby Equipment <br><br> Fishing gear | 100.00 | 0.00 | | 0.00 | FA |
| 7. IRA ERISA Keough Pension Profit Sharing Plan <br><br> Hyatt Corp Retirement Plan | 3,859.00 | 0.00 | | 0.00 | FA |
| 8. Tax refund <br><br> 2012 tax refund | 1,500.00 | 0.00 | | 0.00 | FA |
| 9. Vehicle <br><br> 1999 Toyota Camry | 1,773.00 | 0.00 | | 0.00 | FA |
| 10. Accounts Receivable (u) <br><br> Refund check from Discover Bank re incorrectly charged fees in 2010 | 0.00 | 2,592.76 | | 2,592.76 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

| TOTALS (Excluding Unknown Values) | $155,519.00 | $2,592.76 | $2,592.76 | $0.00 |

(Total Dollar Amount in Column 6)

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Received refund from credit card company; Filed asset report; Waiting for claims to be filed. - Joji Takada 3/25/2015

TFR prepared, filed and approved; Distribution checks issues; TDR in process. - Joji Takada 12/22/2015


Initial Projected Date of Final Report (TFR): 02/06/2016     Current Projected Date of Final Report (TFR): 02/06/2016

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: 13-04459 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Soodkhet Wejakij | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX0023 |
| | Checking |
| Taxpayer ID No: XX-XXX0814 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 02/12/2016 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/27/15 | 10 | Discover Bank | Cash Deposits Unscheduled/undisclosed refund re Discover credit card; Deposit delayed because case originally closed because no-asset report filed; Case needed to be reopened and Chapter 7 trustee appointed. | 1229-000 | $2,592.76 | | $2,592.76 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,582.76 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,572.76 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,562.76 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $2,552.76 |
| 11/17/15 | 1001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $648.19 | $1,904.57 |
| 11/17/15 | 1002 | Discover Bank Discover Products Inc Po Box 3025 New Albany, Oh 43054-3025 | Final distribution per court order. | 7100-000 | | $1,668.84 | $235.73 |
| 11/17/15 | 1003 | Synchrony Bank C/O Recovery Management Systems Corp 25 Se 2Nd Ave Suite 1120 Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $206.32 | $29.41 |
| 11/17/15 | 1004 | Capital One N. A. Capital One, N.A. C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $29.41 | $0.00 |
| | | | Page Subtotals: | | $2,592.76 | $2,592.76 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | $2,592.76 | $2,592.76 |
| Less: Bank Transfers/CD's | | $0.00 | $0.00 |
| Subtotal | | $2,592.76 | $2,592.76 |
| Less: Payments to Debtors | | $0.00 | $0.00 |
| Net | | $2,592.76 | $2,592.76 |

Exhibit 9

Page Subtotals: $0.00 $0.00

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX0023 - Checking | $2,592.76 | $2,592.76 | $0.00 |
|  | $2,592.76 | $2,592.76 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $2,592.76 |
| Total Gross Receipts: | $2,592.76 |